| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **NO. 2021-KA-0409** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **ISSA L. LAMIZANA JR.** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*SCJ*

**JENKINS, J., CONCURS AND ASSIGNS REASONS**

I respectfully concur with the majority in remanding this matter to the district court with instructions to ascertain whether the jury's verdicts were unanimous. I write separately to state that, in the event the district court cannot ascertain the jury's verdicts from a review of the entire record or in a hearing to review this matter with trial counsel, I would further instruct the district court to consider recalling the jury to be polled on the record.

In addition, in light of the posture of this matter and the uncertainty of the jury's verdicts, I would pretermit discussion of the sufficiency of the evidence to sustain the convictions.